UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**EQUAL ACCESS FOR ALL, INC.,**
**a Florida not-for-profit corporation,**
**and JOE HOUSTON, an individual,**

        Plaintiffs,

    v.                                        CASE NO. 3:04-cv-457-J-16HTS

**JAYSHRI, INC., a Florida corporation,**

        Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

This cause is before the Court upon the Stipulation for Dismissal With Prejudice (Doc. #12) filed on April 20, 2005.  Accordingly, it is:

**ORDERED AND ADJUDGED:**

That the above-styled cause is hereby **DISMISSED WITH PREJUDICE.**

**DONE AND ORDERED** in Chambers in Jacksonville, Florida, this 21st day of April, 2005.

                                                          _____
                                                          JOHN H. MOORE II
                                                          United States District Judge

Copies to:
    Counsel of Record